# CASE ANNOUNCEMENTS

*October 1, 2010*

[Cite as *10/01/2010 Case Announcements*, 2010-Ohio-4724.]

## MOTION AND PROCEDURAL RULINGS

**2010–0505. State ex rel. Johnson v. Indus. Comm.**
Franklin App. No. 08AP–1006. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to redact personal identity information,

It is ordered by the court that the motion is granted, and appellee shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.

**2010–1106. State v. Parsley.**
Franklin App. No. 09AP–612, 2010-Ohio-1689. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant's memorandum in support of jurisdiction was due September 24, 2010, and that appellant timely presented a proper memorandum in support of jurisdiction, but his memorandum was inadvertently returned to him without being filed. Upon consideration thereof,

It is ordered by the court, sua sponte, that appellant shall file his memorandum in support within 30 days of the date of this entry.

**2010–1696. State ex rel. Hillman v. Holbrook.**
Franklin App. No. 10AP–552. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 - 6.7.

## DISCIPLINARY CASES

**2009–1535. Cleveland Metro. Bar Assn. v. Kealy.**
This cause came on for further consideration upon the filing by respondent of a motion to vacate order of contempt. Upon consideration thereof,

It is ordered by the court that the motion to vacate is granted.